# United States Court of Appeals
# for the Fifth Circuit

————————

No. 25-10278
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**
November 18, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Derrick Youngblood,

*Defendant—Appellant*.

————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CR-260-1

————————————————————

Before Jones, Duncan, and Douglas, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Derrick Youngblood has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Youngblood has not filed a response. We have reviewed counsel's brief and the relevant portions of the record

————————————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-10278

reflected therein.   We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.